6/24/05

# United States District Court

### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

V.

Gregg Housh

WAIVER OF INDICTMENT

CASE NUMBER: 04-149-01-M

I, _____Gregg Housh_____ , the above named defendant, who is accused of

18 USC 371 and 2319(b)(1) and 17 USC 506(a)(1) -- Conspiracy to infringe copyright

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____June 24, 2005_____ prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant   JEFFREY S. LEVIN, AFD
BAR NO. 12901 (NH)

Before _____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.